(No. 2115. January 8, 1918.)

## ATCHISON, T. & S. F. RY. CO. v. STATE.

### SYLLABUS BY THE COURT.

An appeal does not lie to this court from a judgment rendered by a district court in proceedings instituted under section 5475, Code 1915.

Appeal from District Court, Socorro County; Mechem, Judge.

Proceeding by the Atchison, Topeka & Santa Fe Railway Company against the State of New Mexico. Judgment for plaintiff, and defendant appeals. Dismissed.

See, also, 165 Pac. 215.

Milton J. Helmick, Asst. Atty. Gen., for the State.
W. C. Reid, C. M. Botts, and George S. Downer, all of
Albuquerque, for appellee.

### OPINION OF THE COURT.

PARKER, J.  This is an appeal by the state of New
Mexico from a judgment rendered by the district court
in proceedings instituted under section 5475, Code 1915.
In the case of In re Rosenwald Bros., a corporation,
170 Pac. 42, we held that an appeal did not lie in such
cases from the judgment of the trial court. The ap-
peal herein will therefore be dismissed; and it is so
ordered.

HANNA, C. J., and ROBERTS, J., concur.